UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE HARRELL,** § | |
| § | |
| Plaintiff, § | |
| § | **CIVIL CASE NUMBER:** |
| vs. § | |
| § | |
| **ORKIN, LLC,** § | |
| § | |
| Defendants. § | |
| § | |

NOTICE OF REMOVAL

TO:   The Honorable United States District Court
      for the Eastern District of Louisiana

Defendant, Orkin, LLC, in the above-captioned suit filed by the Plaintiff and now pending in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana as Civil Action No. 73,793-C, file this Notice of Removal from the aforementioned state court to the United States District Court for the Eastern District of Louisiana. Defendant does so without waiving but reserving all procedural and substantive rights and defenses, and avers to this Court as follows:

I.

This action was originally filed by the Plaintiff on July 13, 2011, and is now pending in state court. A copy of the original Petition is attached hereto as Exhibit A. On July 22, 2011, Defendant was served with the Civil Summons and Complaint notifying the Defendant of the state court suit. A copy of the Summons is attached hereto as Exhibit B. This state court action is within the jurisdiction of the United States District Court for the Eastern District of Louisiana. Defendant, represented by undersigned, consents fully to this removal.

II.

This action is one of a civil nature seeking monetary damages from Defendant for alleged violations of the Louisiana Employment Discrimination Law in accordance with La. R.S. § 23:301 et seq and La. R.S. § 332 et seq.  See Exhibit A ¶ 17.

III.

This action is removable pursuant to 28 U.S.C. § 1441, because federal diversity jurisdiction exists under 28 U.S.C. § 1332.  Complete diversity jurisdiction is present among the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as follows:

    A.    Diversity of citizenship exists for the following reasons:

        1.    According to Plaintiff's Complaint, Plaintiff is a citizen and resident of Jefferson Parish, Louisiana.  (Exhibit A, ¶ 1.)

        2.    At the time the state court action was filed, as well as at the time of removal, Orkin, L.L.C. was and is, for purposes of diversity and removal, a limited liability company organized in the state of Delaware, with its principal place of business in Atlanta, Georgia.

    B.    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

        1.    Although Plaintiff has not alleged a specific amount of damages in his Complaint, he seeks general and compensatory damages, an award of front and back pay, and attorneys fees, under state law.

2.  It is apparent on the face of the pleadings, given the nature of the claims and alleged damages, that the amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

IV.

Pursuant to 28 U.S.C. § 1446, this Notice of Removal and the attached copies of all process, pleadings, and orders received by Defendant as Exhibits A and B hereby comply with the requirements of 28 U.S.C. § 1446(a).

V.

The filing of this Notice of Removal is timely within 30 days after Defendant's notice through service of the pending state court action asserting claims removable to federal court. Pursuant to 28 U.S.C. § 1446(b), a notice of filing of removal has been filed in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, and has been served upon Plaintiff through his counsel of record.

WHEREFORE, Defendant respectfully requests that this Notice of Removal be received and filed, and that 29th Judicial District Court for the Parish of St. Charles, State of Louisiana, proceed no further in said action filed herein unless and until this action be remanded by this Court.

Respectfully submitted this the 5th day of August, 2011.

                                      Attorneys for Plaintiff-Petitioner,
                                      Orkin, L.L.C.


                                      s/ Ashlee A. Cassman
                                      SAMUEL ZURIK, III (LSBA 24716)
                                      ASHLEE A. CASSMAN (LSBA 33052)
                                      The Kullman Firm
                                      A Professional Law Corporation
                                      1600 Energy Centre, 1100 Poydras Street
                                      New Orleans, Louisiana 70163
                                      Tel: (504) 524-4162

                                      STEPHEN L. SCOTT (LSBA 25869)
                                      600 University Park Place
                                      Suite 340
                                      Birmingham, AL  35209
                                      Tel:  (205) 871-5858


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2011, I caused to be served a true and correct copy of the foregoing Notice of Removal, by Facsimile and United States mail, postage prepaid, upon the following:

                                Michael Letourneau
                                One Shell Square
                                701 Poydras Street, Suite 400
                                New Orleans, LA  70139


                                /s/ Ashlee A. Cassman